Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Craig A. Chan (see attachment for all plaintiffs)

vs

Marc Corey Chancelor (see attachment for all defendants)

FILED
09 AUG 28 PM 12:19

**SUMMONS IN A CIVIL ACTION**
Case No. 09 CV 01839 JAH NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michael A. Alfred, Esq. SBN 113706
Law Office of Michael A. Alfred
7220 Trade Street, Suite 103, San Diego, California 92121
858.566.6800

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.



S. YAP, Deputy Clerk

8/28/09
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CRAIG A. CHAN, JOHN ANDERSON, ALAN ANDERSON, RUSSELL ANDREWS, BETTY ANDREWS,      )
GARY L. BECKNER, PIETERKE H. BECKNER, LEO R. BOESE, BARBARA A. BOESE, LYNN BROWN,  )
ALVERNIST HOSKINS, GIL T. BUENAVENTURA, LIEM BUI, XUAN THIEU PHONG, FIONA CHIN,    )
ROBERT DUNHAM, KENNETH F. ELKERN, JR., BONNIE FEINGOLD, JORGE GARCIA, AMY GLASS,   )
BECKY GLASS, MARY HAWVER, CHRISTINE KNOWLTON, EUGENE HARNETT, JEAN HERNANDEZ,      )
MICHAEL HIPP, SUSAN HIPP, DANIEL HOGAN, DIANE HOGAN, AUSIM KHAN, BLESSING S. KRUG, )
DARIN E. KRUG, ROBERT C. KUHL, JOSEPH LEE, DAVID MCCREREY, JOYCE MCCREREY, PHUONG  )
NGUYEN, ALEXANDER ORAEVSKY, CERINE PAUL, MONICA BECICA, HANNA PHAM, MICHAELEON     )
HUYNH, RYAN RAUCH, MICHAEL TRAINOR, DAVID TRUONG, EZEKIEL TSADO, NIRMA USHER,      )
AUBREY VENABLE, CHRISTOPHER ALLRED, JOHN ALLRED, MARY ALLRED, JAMES WOLOSIN,       )
KIMBALL WONG, VIVIEN WONG,                                                         )
                                                                                   )
                  Plaintiffs,                                                  )
                                                                                   )
vs.                                                                                )
                                                                                   )
MARC COREY CHANCELOR, MARLON D. CHANCELOR, JAMES W. CHANCELOR, CHRISTOPHER         )
CHANCELOR, JOSEPH A. TASSI, CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK,           )
WASHINGTON MUTUAL BANK, AMERICA'S SERVICING COMPANY, SUNTRUST BANKS, INC.,         )
AURORA LOAN SERVICES, INC., BANK OF AMERICA CORPORATION, COUNTRYWIDE HOME          )
LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING, L.P., N/K/A BAC HOME LOANS SERVICING,)
LP, HOMEQ SERVICING CORPORATION, WELLS FARGO HOME MORTGAGE, INC., CITIMORTGAGE,    )
INC., UBS AG, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE ON BEHALF OF BCAP   )
LLC 2007-AA2, LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH            )
CERTIFICATES SERIES 2007-OA6 TRUST, BANK OF AMERICA, NATIONAL ASSOCIATION, AS      )
SUCCESSOR-BY-MERGER TO LASALLE BANK, NA, AS TRUSTEE FOR WAMU MORTGAGE PASS-        )
THROUGH CERTIFICATES, SERIES 2007-0A5 TRUST, BANK OF AMERICA HOME LOANS SERVICING, )
L.P., A SUBSIDIARY OF BANK OF AMERICA, N.A., REAL TIME RESOLUTIONS, INC., MORTGAGE )
ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR COUNTRYWIDE HOME LOANS        )
INC., PREMIER REALTY ADVISORS OF FLORIDA, LLC, JEWYLL S. DUNCAN-DUMORNAY, GRAND    )
RESERVE, LLC, GRAND RESERVE KIRKMAN ORLANDO, LLC, WALDENPACIFIC EXIT STRATEGIES,   )
LLC, BELMONT AT RYALS CHASE TAMPA, LLC, WALDENPACIFIC PROPERTY TRUST, WALDEN       )
PACIFIC HOLDINGS, LLC, MADISON AT METROWEST ORLANDO, LLC, EQUILEASE RESIDENTIAL    )
SERVICES, LLC, WALDENPACIFIC ASSET MANAGEMENT, WALDENPACIFIC ASSET MANAGEMENT,     )
LLC, WALDENPACIFIC CORPORATE LEASING GRAND RESERVE, LLC, WALDENPACIFIC             )
CORPORATE LEASING MADISON OAKS, LLC, WALDENPACIFIC CORPORATE LEASING MADISON,      )
LLC, WALDENPACIFIC FINANCIAL SERVICES, LLC, HOLLYWOOD PENTHOUSE OFFICE L.L.C.,     )
NORTHWEST MUTUAL CREDIT CORPORATION, ABBEY BERKOWITZ, ABBA REAL ESTATE             )
DEVELOPMENT GROUP, LLC DBA ABBA GROUP, ROBERT W. FORLOINE, MICHAEL PUDERBEUTEL,    )
DRAGON PROPERTY INVESTMENTS, INC. DBA BEACH HILL DEVELOPMENT, LLC, THE CLOSING     )
CONNECTION TITLE AND ESCROW, INC., THE CLOSING SPECIALISTS, INC., THE GRAND RESERVE)
AT KIRKMAN PARKE CONDOMINIUM ASSOCIATION, INC., THE BELMONT AT RYALS CHASE         )
CONDOMINIUM ASSOCIATION, INC., THE MADISON AT METROWEST CONDOMINIUM                )
ASSOCIATIONS, INC. and DOES 1 through 200                                          )
                                                                                   )
                  Defendants.                                                  )