1  Michael A. Alfred, Esq. (SBN 113716)
   Law Office of Michael A. Alfred APC
2  7220 Trade Street, Suite 101
3  San Diego, California 92121
   Tel: (858) 566-6800
4  info@alfredlawoffice.com
5
6  Attorney for PLAINTIFFS
7
8                 UNITED STATES DISTRICT COURT
9                SOUTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| 11 | CRAIG A. CHAN, et. al., | ) Case No.: 09 CV 1839-AJB-CAB |
| 12 | PLAINTIFFS, | ) **NOTICE OF PLAINTIFFS' MOTION** |
| 13 | vs. | ) **AND MOTION FOR ENTRY OF** ) **DEFAULT JUDGMENT** |
| 14 | MARC COREY CHANCELOR, et. al., | ) |
| 15 | | ) Judge:  Anthony J. Battaglia ) Dept.: 12 |
| 16 | Defendants. | ) Action Filed: August 25,  2009 ) Hearing Date: October 7, 2011 |
| 17 | | ) Time: 1:30 PM ) "Oral Argument Not Required" |

18  TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

19       PLEASE TAKE NOTICE that on October 7, 2011, at 1:30 PM. or as soon thereafter as
20
    the matter may be heard, Plaintiffs Craig A. Chan, et al., will move the above-entitled Court,
21
    located at 940 Front Street, San Diego, California, 92101, for Entry of Default Judgment against
22
    the following Defendants:
23       Grand Reserve Kirkman Orlando, LLC
         Orlando GR Apartments, Inc.
24       Madison at Metrowest Orlando, LLC
25       Equilease Residential Services, LLC
         Beach Hill Development LLC
26       Christopher Chancelor
         James W. Chancelor
27       Marc Corey Chancelor
28       Robert W. Forloine

                                    1

          NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT

The Closing Connection Title and Escrow, Inc.
The Madison at Metrowest Condominium Association
Michael Puderbeutel
WaldenPacific Corporate Leasing Madison, LLC
WaldenPacific Financial Services, LLC
WaldenPacific Platinum, LLC
WaldenPacific Corporate Leasing Grand Reserve, LLC
WaldenPacific Corporate Leasing Madison Oaks, LLC
WaldenPacific Asset Management, LLC
WaldenPacific Property Trust
WaldenPacific Exit Strategies, LLC
Premier Realty Advisors of Florida, LLC

This Motion is made upon the following grounds, as set forth more fully in the supporting papers filed and served with this Notice of Motion and Motion:

1. Defendants were served with a copy of the Summons and Complaint in this action.

2. Defendants were then each served with a copy of the First Amended Complaint in this action.

3. Pursuant to the Court's granting Plaintiffs' Requests for Entry of Default as noted above, the Clerk has duly entered Defendant's default on the First Amended Complaint and Defendants have not sought relief from the entries of their defaults.

4. Defendants are not infants or incompetents and Defendants are not in military service such that the Soldiers' and Sailors' Civil Relief Act of 1940 would apply.

5. Defendants willfully violated 12 U.S.C. §2607(d), among others, and California law, obtaining substantial profits from their wrongful conduct and causing Plaintiffs substantial damages, and Defendants have persisted in their willful violations of law and Plaintiffs' rights.

6. Under Federal Rules of Civil Procedure Rule 55 and Local Rules Civ.LR 7.1, Plaintiffs  have satisfied the requirements for filing this their Request for Entry of Default Judgment.

This Motion is based on this Notice of Motion and Motion and the accompanying Memorandum of Points and Authorities and Declarations, the First Amended Complaint, the Defaults by Clerk and other documents filed in this action, the matters of which Plaintiffs request

2

NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT

1  the court to make judicial notice and upon such other further evidence and argument as may be

2  offered in support of the Motion.

3  WHEREFORE, Plaintiffs respectfully request the Court to grant Default Judgments

4  against the defaulted Defendants for the following remedies: Permanent Injunction, Declaratory

5  Orders, award actual damages, statutory damages, punitive damages, litigation costs and

6  attorney's fees incurred by Plaintiffs, including pre-judgment and post judgment interest, against

7  the defaulted Defendants.  Plaintiffs also request leave for submitting  a Bill Of Costs, against

8  defaulted Defendants as listed above, jointly and severally.

9

Dated: July 22, 2011                          LAW OFFICE OF MICHAEL A. ALFRED APC
10

11                                              By:  s/ Michael A. Alfred
                                                     Michael A. Alfred
12                                                   Attorney for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT