

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Craig A Chan;  (See Attachment for all Plaintiffs) | Civil Action No.   09CV1839-CAB-KSC |
| **Plaintiff,** | |
| V. | |
| Marc Corey Chancelor;  (See Attachment for all Defendants) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The motions to dismiss [Doc. Nos. 373, 378, 382] are granted. Claims 1 and 2 are dismissed with prejudice, and Claims 3-10 are dismissed without prejudice to filing in the appropriate state court(s). This action is closed.

| | |
|---|---|
| **Date:**          2/14/13 | **CLERK OF COURT**<br>**W. SAMUEL HAMRICK, JR.**<br>By:  s/  Y.Barajas |
| | Y.Barajas, Deputy |

Attachment to Clerk Judgment
Chan et al v. Chancelor et al
09CV1839-CAB-KSC

Craig A Chan; John Anderson; Alan Anderson; Russell Andrews; Betty Andrews; Gary L Beckner; Pieterke H Beckner; Leo R Boese; Barbara A Boese; Alvernist Hoskins; Gil T Buenaventura; Liem Bui; Xuan Thieu Phong; Fiona Chin; Robert Dunham; Kenneth F Elkern, Jr; Bonnie Feingold; Jorge Garcia; Amy Glass; Becky Glass; Mary Hawver; Christine Knowlton; Eugene Harnett; Jean Hernandez; Michael Hipp; Susan Hipp; Daniel Hogan; Diane Hogan; Ausim Khan; Blessing S Krug; Darin E Krug; Robert C Kuhl; Joseph Lee; David McCrerey; Joyce McCrerey; Phuong Nguyen; Alexander Oraevsky; Cerine Paul; Monica Becica; Hanna Pham; Michaeleon Huynh; Ryan Rauch; Michael Trainor; David Truong; Ezekiel Tsado; Nirma Usher; Aubrey Venable; Christopher Allred; John Allred; Mary Allred; James Wolosin; Kimball Wong; Vivien Wong; Cheryl Benton; Randall Benton; Fred Calara; Sylvia Cruz; Ruth Fairley; Stephen Fairley; Leib Gershkovich; Mayer Gershkovich; Jonathon Glaubach; Gilbert Gonzalez; Mina Y Hsing; Cindy M Jacobs; Richard G Jacobs; Mariko Kobayashi; Trinh K Nguyen; Deryck Pham; Danuta A Urbikas; John J Urbikas; Peter Yang

                                                                       Plaintiffs

v.

Marc Corey Chancelor; Marlon D Chancelor; James W Chancelor; Christopher Chancelor; Joseph A Tassi; Chase Home Finance LLC; JPMorgan Chase Bank; Washington Mutual Bank; America's Servicing Company; SunTrust Banks, Inc.; Aurora Loan Services, Inc.; Bank of America Corporation; Countrywide Home Loans, Inc; Countrywide Home Loans Servicing, LP, aka BAC Home Loans Servicing, LP; Homeq Servicing Corporation; Wells Fargo Home Mortgage, Inc.; Citimortgage, Inc; UBS AG; Deutsche Bank National Trust Company, as trustee on behalf of BCAP LLC 2007-AA2; LaSalle Bank NA, as trustee for Wamu Mortgage Pass-Through Certificates Series 2007-OA6 Trust; Bank Of America, National Association, as successor-by-merger to LaSalle Bank, NA, as trustee for Wamu Mortgage Pass-Through Certificates, Series 2007-0A5 Trust Bank of America Home Loans Servicing, LP, a subsidiary of Bank of America, NA; Real Time Resolutions, Inc; Mortgage Electronic Registration Systems, Inc, *as nominee for Countrywide Home Loans, Inc*; Premier Realty Advisors of Florida, LLC; Jewyll S Duncan-Dumornay; Grand Reserve, LLC; Grand Reserve Kirkman Orlando, LLC; Waldenpacific Exit Strategies, LLC; Belmont at Ryals Chase Tampa, LLC; Waldenpacific Property Trust; Waldenpacific Holdings, LLC; Madison at Metrowest Orlando, LLC; Equilease Residential Services, LLC; Waldenpacific Asset Management; Waldenpacific Asset Management, LLC; Waldenpacific Corporate Leasing Grand Reserve, LLC; Waldenpacific Corporate Leasing Madison Oaks, LLC; Waldenpacific Corporate Leasing Madison, LLC; Waldenpacific Financial Services, LLC; Hollywood Penthouse Office, LLC; Northwest Mutual Credit Corporation; Abbey Berkowitz; Abba Real Estate Development Group, LLC dba Abba Group; Robert W Forloine; Michael Puderbeutel; Dragon Property Investments, Inc, dba Beach Hill Development, LLC; The Closing Connection Title and Escrow, Inc; The Closing Specialists, Inc; The Grand Reserve at Kirkman Parke Condominium Association, Inc; The Belmont at Ryals

Chase Condominium Association, Inc; The Madison at Metrowest Condominium Associations, Inc; WaldenPacific Platinum, LLC; Does 1 through 200; WaldenPacific Platinum, LLC; Bank of America, National Association, as Successor-by-Merger to LaSalle Bank, NA as Trustee for WaMu Mortgage Pass-Through Certificates Servcies 2007-OAO Trust; Chase Home Finance, LLC; JP Morgan Chase Bank, N. A. as an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as Receiver; Citibank, N.A. as Successor Trustee to US Bank National Association, as Trustee for Master Adjustable Rate Mortgages Trust 2007-HF1, Mortgage Pass-Through Certificiates, Series 2007-HF1; Chris Drebes; Orando GR Apartments, Inc.; Orlando GR Apartments. Inc.; The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holers, CWABS, Inc. Asset Backed Certificates, Series 2007-2; The Tassi Group, Inc.; U.S. Bancorp dba US Bank, N.A.; U.S. Bank National Association as Trustee for Master Alternative Loan Trust 2007-HF1; US Bank National Association, as Trustee for Master Alternative Loan Trust 2008-HF1; SunTrust Mortgage, Inc.; Beach Hill Development, LLC

                                                                   Defendants

Joseph A Tassi; The Tassi Group, Inc.

                                                                   Cross Claimant

v.

Grand Reserve Kirkman Orlando, LLC; Grand Reserve, LLC; Orlando GR Apartments. Inc.

                                                                   Cross Defendant